1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CARL ECKSTROM,                           No.  2:16-cv-0275 AC P

12                    Plaintiff,

13         v.                                  ORDER

14   JEFFREY BEARD, et al.,

15                    Defendants.

16

17         Plaintiff, a state prisoner proceeding pro se, has filed a civil rights complaint pursuant to

18   42 U.S.C. § 1983, together with an application to proceed in forma pauperis pursuant to 28 U.S.C.

19   § 1915.  There are two problems with plaintiff's in forma pauperis application.  First, the

20   Certificate portion of the form – which must be completed by an authorized official at plaintiff's

21   place of incarceration – has not been filled out.  Second, plaintiff has not submitted a certified

22   copy of his prison trust account statement for the six-month period immediately preceding the

23   filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to

24   submit a fully completed in forma pauperis application and a certified copy of his trust account

25   statement for the relevant period.

26   ////

27   ////

28   ////

1

1       Accordingly, IT IS HEREBY ORDERED that:

2       1.  Plaintiff shall, within thirty days after the filing date of this order, submit to the court:

3       a.  A completed application in support of his request to proceed in forma pauperis,

4 on the form provided herewith by the Clerk of Court, that includes completion of the Certificate

5 portion of the affidavit by an authorized official at plaintiff's place of incarceration; and

6       b.  A certified copy of plaintiff's prison trust account statement for the six-month

7 period immediately preceding the filing of his complaint.

8       2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In

9 Forma Pauperis By a Prisoner.

10       3.  Failure to comply with this order will result in a recommendation that this action be

11 dismissed without prejudice.

12 DATED: February 18, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE