UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL ECKSTROM,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFFREY BEARD, et al.,<br><br>    Defendants. | No. 2:16-cv-0275 JAM AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed a "Motion To Alter Or Amend Judgment Of District Court Judge Of June 11, 2018." See ECF No. 28. Plaintiff challenges the wording and construction of the district judge's order.[1] However, the district judge's ruling, see ECF No. 27, is consistent with the undersigned's findings and recommendations, see ECF No. 26. Most importantly, plaintiff has been granted leave to file a First Amended Complaint on or before July 20, 2018.

////

////

---

[1] Plaintiff was not granted additional time to file objections to the undersigned's findings and recommendations, but his request for extended time was construed, in part, as objection to the undersigned's recommendation that his claims for prospective injunctive relief, and his claims against defendants Beard and Shaffer, be dismissed. The district judge independently examined the record, and reviewed the undersigned's conclusions of law de novo. Plaintiff's claims are thus preserved for appeal.

1

For these reasons, IT IS HEREBY ORDERED that plaintiff's motion filed June 20, 2018, ECF No. 28, is DENIED as unnecessary.

DATED: June 22, 2018

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE