UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL ECKSTROM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEFFREY BEARD, et al.,<br><br>　　　　Defendants. | No. 2:16-cv-0275 KJM AC P<br><br><br>ORDER |

  Plaintiff is a state prisoner incarcerated at the California Health Care Facility (CHCF) in Stockton, under the authority of the California Department of Corrections and Rehabilitation (CDCR). Plaintiff proceeds pro se and in forma pauperis with a First Amended Complaint (FAC) and supporting memorandum filed July 5, 2018, pursuant to 42 U.S.C. § 1983. See ECF Nos. 31 and 31-1.

  Plaintiff challenges, in pertinent part, the adequacy of his mental health treatment within CDCR, including the denial of his request for more structured care and his request for transfer to the Department of Mental Health. Although plaintiff's allegations span more than ten years, the court intends to focus on the period encompassing plaintiff's current incarceration at CHCF, which commenced on November 6, 2014. For the court to adequately screen the FAC pursuant to 28 U.S.C. § 1915A, plaintiff must submit the exhibits referenced in his FAC, *limited to the period of his incarceration at CHCF*.

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty (30) days after the filing date of this order, plaintiff shall submit to the court all exhibits referenced in the FAC that are directly relevant to plaintiff's incarceration and mental health treatment at CHCF; these exhibits shall include, but need not be limited to:

    (a) plaintiff's inmate appeals submitted during his incarceration at CHCF, including his appeals dated August 3, 2015, and April 9, 2017, and copies of the administrative decisions on these appeals at all levels of review;

    (b) copies of any available classification and case management decisions during plaintiff's incarceration at CHCF, including the hearing decision rendered May 27, 2015; and

    (c) any mental health treatment notes, reports or other statements by plaintiff's CHCF mental health providers, including B. Barker, E. Edgar, H. Pearson, and E. Benson.

2. Each exhibit shall be appropriately labeled, and so designated in a comprehensive index set forth on the first page; a cover sheet shall be labeled "Exhibits in Support of First Amended Complaint," and provide the case number assigned this case.

3. Failure of plaintiff to timely comply with this order shall result in the court's screening of the FAC without the requested exhibits.

IT IS SO ORDERED.

DATED: August 7, 2018

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE