UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL ECKSTROM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEFFREY BEARD, et al.,<br><br>　　　　　Defendants. | No. 2:16-cv-0275 KJM AC P<br><br><br>ORDER |

Plaintiff has filed a motion for extended time to file objections to the undersigned's findings and recommendations filed December 5, 2018. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for extended time, ECF No. 39, is granted; and
2. Plaintiff shall file and serve his objections on or before January 14, 2019.

DATED: December 19, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE