UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL ECKSTROM,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFFREY BEARD, et al.,<br><br>    Defendants. | No. 2:16-cv-0275 KJM AC P<br><br><br>ORDER |

Plaintiff has filed a motion for extended time to file a second amended complaint pursuant to the court's order filed February 7, 2019. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's motion for extended time, ECF No. 44, is granted.

    2. Plaintiff shall file a second amended complaint on or before April 19, 2019.

    3. The Clerk of Court is directed to send plaintiff, together with a copy of this order, a blank complaint form used by prisoners in this district for filing a civil rights action pursuant to 42 U.S.C. § 1983.

DATED: February 26, 2019

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE