# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL ECKSTROM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JEFFREY BEARD, et al.,<br><br>　　　　Defendants. | No. 2:16-cv-0275 KJM AC P<br><br><br>ORDER |

Plaintiff has filed a motion for extended time to file a supplement to the second amended complaint, as directed by this court by order filed August 1, 2019. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for extended time, ECF No. 49, is granted; and

2. Plaintiff shall file and serve his supplement to the second amended complaint on or before Friday, September 27, 2019.

DATED: August 20, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE