1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    CARL ECKSTROM,                              No.  2:16-cv-0275 KJM AC P

12                        Plaintiff,

13         v.                                      ORDER

14    JEFFREY BEARD, et al.,

15                        Defendants.

16

17         Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights

18    action filed pursuant to 42 U.S.C. § 1983.  By order filed November 18, 2019, this court found

19    that plaintiff's Second Amended Complaint (SAC) states claims against four defendants and

20    directed the California Department of Corrections and Rehabilitation (CDCR) to electronically

21    serve the defendants.  ECF No. 53.  Three of the defendants have appeared and waived service of

22    process.  ECF No. 60.  Attempted service on the fourth defendant, John Dovey, was unsuccessful.

23    ECF No. 58.

24         Defendant Dovey is sued in both his individual and official capacities, the latter in his role

25    as a former Director of California Correctional Health Care Services (CCHCS).  ECF No. 53.  As

26    this court previously noted, "[a]lthough Dovey must be personally served for plaintiff to pursue

27    his personal capacity claim against him, service on Dovey in his official capacity may be

28    accomplished by serving the acting director of CCHCS or the person designated by that agency to

1 | accept such service." ECF No. 53 at 10 n.5. The court noted that the position of CCHCS

2 | Director appeared to be vacant at that time. Id. at 9 n.4.

3 |      Given the importance of Dovey's prior position, it is reasonable to infer that CDCR has

4 | obtained his current address for purposes of service. CDCR is also the entity with easiest access

5 | to information about the current or acting director of CCHCS. Accordingly, the court requests

6 | that Deputy Attorney General (DAG) Caitlin R. Smith, designated counsel for defendants

7 | Benson, Eldridge and Barker, contact CDCR for the information necessary to serve process on

8 | both (1) defendant Dovey and (2) the current or acting director of CCHCS. If this inquiry shows

9 | that Dovey has a current business address, defense counsel shall provide it to both plaintiff and

10 | the court. If only defendant Dovey's personal address is available, it may be filed with the court

11 | pursuant to a sealing request and order. The name and business address for the current or acting

12 | director of CCHCS (or the person designated to receive process on behalf of CCHCS) shall be

13 | provided to both plaintiff and the court. The court requests that DAG Smith file and serve a

14 | response within twenty-one (21) days after the filing date of this order.

15 | DATED: December 18, 2019

16 | _allison Claire_

17 | ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28