UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL ECKSTROM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEFFREY BEARD, et al.,<br><br>　　　　Defendants. | No. 2:16-cv-0275 KJM AC P<br><br><br><br>ORDER |

　　Plaintiff is a state prisoner proceeding pro se with a Second Amended Complaint (SAC) alleging the violation of his civil rights under 42 U.S.C. §1983. ECF No. 46. All defendants have now appeared in this action -- defendant Dovey has filed an answer, and defendants Barker, Benson, Eldridge and Bick have filed waivers of service.

　　Accordingly, IT IS HEREBY ORDERED that defendants Barker, Benson, Eldridge and Bick shall file their responses to the SAC within thirty (30) days after the filing date of this order.

DATED: February 20, 2020

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1