UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL ECKSTROM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEFFREY BEARD, et al.,<br><br>　　　　　Defendants. | No. 2:16-cv-0275 KJM AC P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with this civil rights action filed pursuant to 42 U.S.C. §1983. This action proceeds on plaintiff's Second Amended Complaint. ECF No. 46. On February 6, 2020, defendant Dovey filed and served his answer to the complaint. ECF No. 71. Four additional defendants have been directed to respond to plaintiff's complaint. ECF No. 74.

Plaintiff has filed a "reply" to Dovey's answer. ECF No. 77. Neither the Local Rules nor the Federal Rules authorize a reply or other response to an answer. If, instead of an answer, a defendant files a motion pursuant to Rule 12, Federal Rules of Civil Procedure, then plaintiff may file an opposition to such motion.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's "reply" to the answer filed by defendant Dovey, ECF No. 77, is stricken. The Clerk of Court shall so designate this ruling on the docket.

DATED: March 16, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE