UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carl Eckstrom,<br><br>          Plaintiff,<br><br>    v.<br><br>Jeffrey Beard, et al.,<br><br>          Defendants. | No.  2:16-cv-0275-KJM-AC P<br><br><br>ORDER |

       In January 2021, the court dismissed this action with prejudice, closing the case.  *See* Stip. of Dismissal, ECF No. 99; Minute Order, ECF No. 100.  On May 1, 2021, plaintiff, acting without counsel, notified the court, he paid filing fees in full in the amount of $260.00 for his cases.[1]  *See generally* Not. ECF No. 101.  Plaintiff appears to raise a concern that "someone other than [him] is paying subsequent payments of filing fees." *Id*. at 2.

       The Clerk of Court is directed to file a notice on the docket confirming the status of plaintiff's fulfillment of payment of court filing fees.

       This order resolves ECF No. 101.

DATED:  July 19, 2021.

                                                CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff notes payments for cases 2:16-cv-0275-KJM-AC and 2:16-cv-0638-MCE-EFB.